[Cite as *Don Hummer Trucking v. Ohio Dept. of Transp.*, 2011-Ohio-4373.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

DON HUMMER TRUCKING

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2011-03286-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶1} On March 8, 2011, this court issued an entry ordering plaintiff entity to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court. Plaintiff entity has failed to comply with the court order. Therefore, plaintiff entity's action is DISMISSED without prejudice pursuant to Civ.R. 41. The court shall absorb the costs of this case.

 

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Don Hummer Trucking
1486 Hwy. 6 N.W.

Case No. 2011-03286-AD        - 2 -            ENTRY

Case No. 2011-03286-AD        - 2 -            ENTRY

Oxford, Iowa  52322

DRB/laa
Filed 5/26/11
Sent to S.C. reporter 8/26/11